UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,
a Connecticut corporation,

           Plaintiff,                     CIVIL ACTION NO. 04 CV 71495 DT

      v.                         DISTRICT JUDGE BERNARD A. FRIEDMAN

TOTAL EMPLOYEE MANAGEMENT,   MAGISTRATE JUDGE VIRGINIA MORGAN
INC., a Michigan corporation,
PROTECTIVE INSURANCE AGENCY,
a Michigan corporation, and DANIEL GUY,
a North Carolina resident.

           Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

      This matter is before the court on Plaintiff's Motion for Order Compelling Discovery and

for a 30-Day extension of Discovery filed April 7, 2005 (D/E 12).  This case involves a claim

that defendant provided false information in connection with a worker's compensation policy.  A

hearing was held before the magistrate judge on June 6, 2005.  For the reasons stated on the

record,  IT IS ORDERED that Plaintiff's motion IS GRANTED as follows:

      1.  Court finds that Total Employee Management and Daniel Guy have not responded to

properly propounded discovery requests.  Defendants are ordered to provide full and complete

discovery forthwith, no later than June 10.  All objections are waived.

2.  Deposition of Daniel Guy will begin Friday, June 10, and then continue the deposition to another date so as to permit review of all documents.  That continued deposition shall be taken on or before July 10, 2005.

3.  Without waiting for completion of Mr. Guy's deposition, remainder of depositions may be taken.  Parties expect five depositions for plaintiff and three for defendants, all to be taken on or before July 10, 2005.

4.  May 16, 2005 was the dispositive motion cutoff.  Defendants' response is due next week.  Because the magistrate judge is unable to find cause for the failure to complete discovery timely, any relief of these dates may only be granted by the chambers of the district judge.

SO ORDERED.


 s/Virginia M. Morgan
VIRGINIA M. MORGAN
UNITED STATES MAGISTRATE JUDGE


Dated:    June 8, 2005


**Proof of Service**

The undersigned certifies that a copy of the foregoing order was served on the attorneys of record herein by electronic means or U.S. Mail on June 8, 2005.

s/Jennifer Hernandez
Case Manager to
Magistrate Judge Morgan